# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**  Case No. 6:06-cr-135-Orl-31DAB

**JOSEPH LEE HOLMES, JR.**

---

## ORDER

Upon consideration of Defendant's Motion in Limine to Exclude 404(b) evidence (Doc. 43) and the government's response thereto (Doc. 48), it is

**ORDERED** that Defendant's Motion is GRANTED in part and DENIED in part. Defendant's objection to the May 13, 2005 police report is GRANTED. The Defendant's objection to the other reports is DENIED, without prejudice.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on January 10, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
Joseph Lee Holmes, Jr.