# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**  Case No. 6:06-cr-135-Orl-31DAB

**JOSEPH LEE HOLMES, JR.**

_____

## ORDER

Defendant has filed a Motion for Judgment of Acquittal (Doc. 86) and Motion for New Trial (Doc. 87). The government responded at Doc. 89. Upon consideration of the above, the Court concludes that said Motions must be denied. The evidence at trial, viewed in the light most favorable to the government, is more than sufficient to sustain the jury's guilty verdict. *See United States v. Williams*, 144 F. 3d 1397 (11th Cir. 1998). With respect to the Motion for New Trial, the interests of justice do not require one, as the evidence does not preponderate heavily against the verdict. *See United States v. Martinez*, 763 F. 2d 1297 (11th Cir. 1985). The inconsistent testimony of the co-defendant concerning boiler-plate language in his plea agreement relating to forfeiture does not amount to the use of perjured testimony to obtain a conviction. The inconsistency was fully explored at trial and the jury was free to draw whatever conclusions therefrom it felt appropriate.

Accordingly, it is

**ORDERED** that Defendant's Motions are DENIED.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on February 20, 2007.

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

-2-

United States Pretrial Services Office
Counsel for Defendant
Joseph Lee Holmes, Jr.

Case 6:06-cr-00135-GAP-DAB  Document 90  Filed 02/20/07  Page 2 of 2 PageID 453